UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY ALLEN PRESSLER,<br><br>                       Plaintiff,<br>v.<br><br>NEVADA, STATE OF, et al.,<br><br>                       Defendants. | Case No. 3:20-cv-00676-MMD-CLB<br><br>ORDER |

I.     **DISCUSSION**

On April 5, 2021, the Court issued an order screening Plaintiff's complaint under 28 U.S.C. § 1915A. (ECF No. 9.) The screening order allowed some of Plaintiff's claims to proceed and dismissed other claims with or without prejudice. (*Id.* at 8.) The Court gave Plaintiff leave to file a first amended complaint curing the deficiencies of the complaint. (*Id.* at 8-9.)

Plaintiff has submitted a motion seeking an extension of time to file his first amended complaint. (ECF No. 11). The motion does not state how long an extension Plaintiff is seeking. (*Id.*) The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file his first amended complaint on or before July 15, 2021. If Plaintiff fails to file a timely first amended complaint, this action shall proceed only on the colorable claims in Plaintiff's complaint, as discussed in the Court's screening order. (ECF No. 9.) Barring unusual circumstance, the Court will not grant any further extensions of time.

II.     **CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 11) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before July 15, 2021.

///

///

1

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, this action shall proceed only on Plaintiff's colorable claims in the complaint, as discussed in the Court's previous screening order.

DATED THIS 14th day of May 2021.

_____
UNITED STATES MAGISTRATE JUDGE