IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TONY ALLEN PRESSLER, | Case No. 3:20-cv-00676-ART-CLB |
| Plaintiff, | **ORDER APPROVING** |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA; COUNTY OF ELKO; CITY OF ELKO; LT. SILVA; DR. RACHOT; MEDICAL STAFF ROSINA, JOANNA, and JOHN DOE, | |
| Defendants. | |

COMES NOW, the parties, by and through their respective attorneys of record, and hereby stipulate that the above-entitled action may be dismissed, with prejudice, with all

///
///
///
///
///
///
///
///

ERICKSON, THORPE & SWAINSTON, LTD.

1

1  parties to bear their own court costs and attorney's fees.

2  DATED this 25 day of Aug, 2022.

By _____
TONY ALLEN PRESSLER
*Plaintiff, In Proper Person*

DATED this 15th day of September, 2022.

ERICKSON, THORPE & SWAINSTON, LTD.

By _____
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 So. Arlington Ave., Suite 205
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

## ORDER

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 22nd day of September, 2022.

_____
U. S. DISTRICT JUDGE